CATHERINE MAY, Appellant, *v.* 11½ EAST 49TH STREET CO., INC., Respondent.

Argued June 12, 1946; decided July 23, 1946.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.